IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLIFTON T. TORREY, SR.                                                                   PLAINTIFF

V.                                                            CIVIL ACTION NO. 4:18-CV-00019-DAS

DR. GLORIA PERRY                                                                        DEFENDANT

ORDER RESTRICTING ACCESS

This matter comes before the court upon Defendant's motion for leave to file an exhibit in support of her motion for summary judgment under seal. Because the exhibit will otherwise reveal Plaintiff's protected medical information, the court finds that Defendant's motion [68] is well-taken and is, therefore, **GRANTED**. Accordingly, the Clerk is **DIRECTED** to restrict access to this document, identified by Defendant as "G. Perry Affidavit," to the parties and the Court.

**SO ORDERED** this, the 28th day of October, 2019.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE