IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLIFTON T. TORREY, SR.                                                        PLAINTIFF

V.                                      CIVIL ACTION NO. 4:18-CV-00019-DAS

DR. GLORIA PERRY                                                 DEFENDANT

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered today, Defendant's motion for summary judgment [66] is **GRANTED**, and Plaintiff's remaining claims are **DISMISSED**.

**SO ORDERED** this, the 4th day of December, 2019.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE