IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLIFTON T. TORREY, SR.                                                          PLAINTIFF

V.                                                         CIVIL ACTION NO. 4:18-CV-00019-DAS

DR. GLORIA PERRY                                                                DEFENDANT

## ORDER

This matter comes before the court upon Plaintiff's motion requesting a copy of the transcript from his *Spears* hearing, held on June 7, 2018. Doc. #84. This is Plaintiff's second such request. *See* Doc. #20. There was, however, no court reporter present at Plaintiff's *Spears* hearing, as the proceedings were audio recorded only. Thus, no transcript of those proceedings has been prepared. The Court previously found that Plaintiff should have access to an audio recording of the proceedings, and directed the Clerk to forward him a copy. Doc. #22. Consequently, the Clerk sent a compact disc containing an audio recording of the *Spears* hearing to Plaintiff on September 21, 2018. *See* Doc. Remark. In sum, as no transcript of the *Spears* proceedings exists, Plaintiff's motion [84] is **DENIED**.

**SO ORDERED**, this the 14th day of January, 2020.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE