IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLIFTON T. TORREY, SR.                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 4:18-CV-00019-DAS

DR. GLORIA PERRY                                                    DEFENDANT

<u>ORDER</u>

This matter comes before the court upon Plaintiff's "Involuntary Dismissal," which has been docketed as a Motion for Reconsideration of the court's order denying Plaintiff's motion requesting a copy of the transcript from his *Spears* hearing. Doc. # 87. In Plaintiff's submission, he poses various complaints about his conditions of confinement and the disposition of the instant case. Plaintiff does not, however, actually request any relief, nor does he advance any argument, substantive or otherwise, in support of reconsideration. Accordingly, the instant motion [87], to the extent that it was intended as a motion for reconsideration, is hereby **DENIED**.

**SO ORDERED**, this the 28th day of January, 2020.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE